MJC:pac 6615/10 \pleading/661510PetforRemoval.wpd

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MAUREEN E. McNAMARA :
:
VS. : C.A. NO. 06 270 ML
:
CITY OF NEW BEDFORD, NEW :
BEDFORD POLICE DEPARTMENT, :
PATROLMEN ANDY SIMMONS, GREG :
DEMERSE and PAUL SILVA :

**PETITION FOR REMOVAL FROM STATE COURT**

To the Honorable Judges of the United States District Court for the District of Rhode Island.

Now come the defendants and petition pursuant to U.S.C. §1441 and §1446 for removal of Newport Superior Court Civil Action Number 2006-13, entitled *Maureen E. McNamara v. City of New Bedford, New Bedford Police Department, Patrolmen Andy Simmons, Greg Demerse and Paul Silva*, to this Honorable Court.

Your petitioners state that they first received notice of the plaintiff's complaint when the defendant City was served with process on or about May 12, 2006. The plaintiff is a resident and citizen of the State of Rhode Island. The defendants are residents/citizens of the Commonwealth of Massachusetts. The individual defendants are members of the New Bedford Police Department. The plaintiff alleges to have sustained injuries as a result of an improper police motor vehicle pursuit. The plaintiff alleges to have been severely and permanently injured, which said injuries include, at the least, a broken collarbone, broken rib, alleged psychological injury, lost wages and/or impairment to her capacity to earn. Accordingly, the defendants have a good faith basis to believe that the jurisdictional amount for diversity jurisdiction could theoretically be met should liability be established. As such, this court would have original jurisdiction over this matter pursuant to 28 U.S.C. §1332.

Your petitioners further state that the required filing fee has been filed contemporaneously with this petition, together with a copy of all processed pleadings served upon them in this action.

Your petitioners further state that copies of this petition are being filed with all parties who have been served with process in this action as well as with the clerk of the Newport Superior Court.

DEFENDANTS,
By their Attorney,

Michael J. Colucci, Esq. #3302
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on 6/6/06 To:

Armando O. Monaco, II, Esq.
P.O. Box 311
East Greenwich, RI 02818

Patricia A. Cerce