STATE OF RHODE ISLAND
NEWPORT, SC.

SUPERIOR COURT

MAUREEN E. MCNAMARA :
:
vs. : C.A. NO: NC 2006-15
:
CITY OF NEW BEDFORD, :
New Bedford Police :
Department, Patrolmen :
Andy Simmons, Greg :
Demerse and Paul Silva :

# COMPLAINT

## COUNT ONE

1. The Plaintiff, MAUREEN E. MCNAMARA, is, and at all times herein mentioned, a resident of the County of Newport, Town of Portsmouth, State of Rhode Island.

2. On or about July 3, 2003, on a public highway namely Route 24, Tiverton, Rhode Island 02878, the Defendants, the City of New Bedford, the New Bedford Police Department, Andy Simmons, Greg Demerse and Paul Silva negligently caused, by virtue of a continuing high speed chase, another motor vehicle to drive into the motor vehicle operated by Maureen E. McNamara.

3. As a result of the negligence of the defendants, the City of New Bedford, the New Bedford Police Department, Andy Simmons, Greg Demerse and Paul Silva the Plaintiff, Maureen E. McNamara sustained injuries to an extent that she suffered great pain of the body and mind, including permanent injury to her body. She also incurred medical and hospital expenses.

4. At all times mentioned above, the Plaintiff, Maureen E. McNamara was exercising due care and caution.

5. The Plaintiff's, Maureen E. McNamara, injuries exceed the sum of Ten Thousand Dollars ($10,000.00).

NOW WHEREFORE, Plaintiff, MAUREEN E. MCNAMARA, demands judgment against the Defendants, the City of New Bedford, the New Bedford Police Department, Andy Simmons, Greg Demerse and Paul Silva, in an amount sufficient to evoke the jurisdiction of this Court together with statutory interests and costs.

## COUNT TWO

6. Counts 1-5 are set forth as stated in full.

7. The Defendants, the City of New Bedford, the New Bedford Police Department, Andy Simmons, Greg Demerse and Paul Silva, did intentionally fail to abandon the high speed chase in reckless disregard for the safety of others, namely the plaintiff, Maureen E. McNamara.

8. That the Plaintiff's, Maureen E. McNamara, injuries resulted directly and proximately from the failure to abandon chase.

9. That the Plaintiff's, Maureen E. McNamara, injuries exceed the sum of Ten Thousand Dollars ($10,000.00).

NOW WHEREFORE, Plaintiff, MAUREEN E. MCNAMARA, demands judgment against the Defendants, the City of New Bedford, the New Bedford Police Department, Andy Simmons, Greg Demerse and Paul Silva, in an amount sufficient to evoke the jurisdiction of this Court together with statutory interests and costs.

## COUNT THREE

10. Counts 1-9 are set forth as stated in full.

11. The Defendants, the City of New Bedford, the New Bedford Police Department, Andy Simmons, Greg Demerse and Paul Silva, did fail to adopt and comply with a reasonable police pursuit policy for high-speed interstate chase.

12. That the Plaintiff's, Maureen E. McNamara, injuries resulted directly and proximately from the failure to adopt and comply with such policy.

13. That the Plaintiff's, Maureen E. McNamara, injuries exceed the sum of Ten Thousand Dollars ($10,000.00).

NOW WHEREFORE, Plaintiff, MAUREEN E. MCNAMARA, demands judgment against the Defendants, the City of New Bedford, the New Bedford Police Department, Andy Simmons, Greg Demerse and Paul Silva, in an amount sufficient to evoke the jurisdiction of this Court together with statutory interests and costs.

COUNT FOUR

14. Counts 1-13 are set forth as stated in full.

15. The Defendants, the City of New Bedford, the New Bedford Police Department, Andy Simmons, Greg Demerse and Paul Silva, did pursue a high speed chase with willful and reckless disregard for safety of others, namely the plaintiff, Maureen E. McNamara.

16. That the Plaintiff's, Maureen E. McNamara, injuries exceed the sum of Ten Thousand Dollars ($10,000.00).

NOW WHEREFORE, Plaintiff, MAUREEN E. MCNAMARA, demands judgment against the Defendants, the City of New Bedford, the New Bedford Police Department, Andy Simmons, Greg Demerse and Paul Silva, in an amount sufficient to evoke the jurisdiction of this Court together with statutory interests and costs and punitive damages.

MAUREEN E. MCNAMARA
By her Attorney

Christopher S. Gontarz, Esq.
UDDEGROVE & GONTARZ, LTD.
314 Oliphant Lane
Middletown, RI 02842
(401) 847-5684 #3124

DATED: 1/6/06

**PLAINTIFF HEREBY DEMANDS A TRIAL BY JURY**