MJC:pac 6615/10 \pleading\661510Answer.wpd

STATE OF RHODE ISLAND
NEWPORT, SC.

SUPERIOR COURT

MAUREEN E. McNAMARA

VS.

C. A. NO. 2006-13

CITY OF NEW BEDFORD, NEW BEDFORD POLICE DEPARTMENT, PATROLMEN ANDY SIMMONS, GREG DEMERSE and PAUL SILVA

## ANSWER OF DEFENDANTS

### COUNT I

1. Neither admitted nor denied.

2. Denied.

3. Denied.

4. Unknown and denied.

5. Neither admitted nor denied.

WHEREFORE, defendants demand judgment against the plaintiff.

### COUNT II

6. Defendants incorporate their answers to the said realleged paragraphs.

7. Denied.

8. Denied.

9. Neither admitted nor denied.

WHEREFORE, defendants demand judgment against the plaintiff.

### COUNT III

10. Defendants incorporate their answers to the said realleged paragraphs.

11. Denied.

12. Denied.

13. Neither admitted nor denied.

WHEREFORE, defendants demand judgment against the plaintiff.

## COUNT IV

14. Defendants incorporate their answers to the said realleged paragraphs.

15. Denied.

16. Neither admitted nor denied.

WHEREFORE, defendants demand judgment against the plaintiff.

## AFFIRMATIVE AND/OR OTHER DEFENSES

1. Defendants plead qualified immunity.

2. Defendants plead supervening and/or intervening cause.

3. Defendants plead the public duty doctrine.

4. Defendants plead lack of personal jurisdiction.

**Defendants hereby demand a trial by jury.**

DEFENDANTS,
By their Attorney,

Michael J. Colucci, Esq. #3302
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on 6/1/06 To:

Armando O. Monaco, II, Esq.
P.O. Box 311
East Greenwich, RI 02818

Patricia A. Cerca