MJC:pac 6615/10 \pleading/661510NoticeFiling.wpd

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MAUREEN E. McNAMARA | : | |
| | : | |
| VS. | : | C. A. NO. 06-270ML |
| | : | |
| CITY OF NEW BEDFORD, NEW BEDFORD POLICE DEPARTMENT, PATROLMEN ANDY SIMMONS, GREG DEMERSE and PAUL SILVA | : | |

**NOTICE OF FILING OF STATE COURT RECORD**

Now come the defendants and give notice that they are filing herewith certified copies of all records and proceedings, including docket entries, from the matter of *Maureen E. McNamara v. City of New Bedford, New Bedford Police Department, Patrolmen Andy Simmons, Greg Demerse and Paul Silva*, Newport Superior Court Civil Action Number 2006-13, in compliance with Local Rule 36(b).

DEFENDANTS,
By their Attorney,

Michael J. Colucci, Esq. #3302
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on 6/15/06 to:

Armando O. Monaco, II, Esq.
P.O. Box 311
East Greenwich, RI 02818

Maureen E. Sundin

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: NC-2006-0013 MAUREEN E MCNAMARA V CITY OF NEW BEDFORD

Filing Date: 01-06-2006
Case Status: UNASSIGNED

Case Type: PERSONAL INJURY
Status Date: 01-06-2006

| Party | Attorney |
|---|---|
| Plaintiff: MAUREEN MCNAMARA<br>ID: @10706736 | Attorney: CHRISTOPH GONTARZ<br>Attorney: ARMANDO MONACO |
| Defendant: NEW BEDFORD CITY OF<br>ID: @10706738 | Attorney: MICHAEL COLUCCI |
| Defendant: NEW BEDFORD POLICE DEPARTMENT<br>ID: @10706740 | Attorney: MICHAEL COLUCCI |
| Defendant: ANDY SIMMONS<br>ID: @10706741 | Attorney: MICHAEL COLUCCI |
| Defendant: GREG DEMERSE<br>ID: @10706742 | Attorney: MICHAEL COLUCCI |
| Defendant: PAUL SILVA<br>ID: @10706743 | Attorney: MICHAEL COLUCCI |

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 01-06-2006 | COMPLAINT FILED | |
| 01-06-2006 | INITIAL FILING FEE | |
| 01-06-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCN25512. |
| 02-22-2006 | ENTRY OF APPEARANCE | Affiliated: MONACO, ARMANDO O |
| 05-25-2006 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: NEW BEDFORD CITY OF |
| 05-25-2006 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: NEW BEDFORD POLICE DEPARTMENT |
| 05-25-2006 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: SIMMONS, ANDY |
| 05-25-2006 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: DEMERSE, GREG |
| 05-25-2006 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: SILVA, PAUL |
| 06-05-2006 | ENTRY OF APPEARANCE | MICHAEL COLUCCI |
| 06-05-2006 | ANSWER FILED | |
| 06-05-2006 | PROOF OF SERVICE FILED | CITY OF NEW BEDFORD RITA ARRUDA CITY CLERK |
| 06-07-2006 | NOTICE OF REMOVAL | Affiliated: NEW BEDFORD CITY OF |

True Copy Attest

Jane M. Anthony

Office of Clerk of Superior Court
County of Newport
Newport, Rhode Island