# EXHIBIT A

AO 88 (Rev. 11/91) Subpoena in a Civil Case

45-64-4 1 pp. 9-4-03 ER.

# United States District Court

AUG 1 8 2006

DISTRICT OF

MAUREEN E. McNAMARA

V.

CITY OF NEW BEDFORD, ET AL

## SUBPOENA IN A CIVIL CASE

CASE NUMBER: 06-270ML

TO: Keeper of Records of Newport Hospital
11 Friendship Street
Newport, RI 02840

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See Exhibit A attached.

| PLACE | DATE AND TIME |
|---|---|
| 530 Greenwich Avenue, Warwick, RI 02886 | September 12, 2006 2:15 p.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b) (6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] | 8-9-06 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Michael J. Colucci, Esq., Olenn & Penza, LLP, 530 Greenwich Avenue, Warwick, RI 02886 (401) 737-3700

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

**EXHIBIT A**

A true and accurate copy of all medical records for treatment rendered to Dora S. Graca, D.O.B. 8/15/76, S.S.N. 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, on July 3, 2003, and/or July 4, 2003, to include all emergency room treatment records, laboratory test results, x-ray reports, and other records of treatment.

MJC:co 6615/10

MJC:co 6615/10 \pleading\661510KORDepo Newport1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MAUREEN E. McNAMARA :
:
VS. : C.A. NO. 06-270ML
:
CITY OF NEW BEDFORD, NEW :
BEDFORD POLICE DEPARTMENT, :
PATROLMEN ANDY SIMMONS, GREG :
DEMERSE and PAUL SILVA :

**NOTICE OF DEPOSITION**

**DEPONENT:** Keeper of Records of Newport Hospital

**DATE:** September 12, 2006

**TIME:** 2:15 p.m.

**PLACE:** 530 Greenwich Avenue, Warwick, RI 02886

**DOCUMENTS REQUESTED**: A true and accurate copy of all medical records for treatment rendered to Dora S. Graca, D.O.B. 8/15/76, S.S.N. 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, on July 3, 2003, and/or July 4, 2003, to include all emergency room treatment records, laboratory test results, x-ray reports, and other records of treatment.

Please take notice that the above oral examination will be conducted pursuant to the Federal Rules of Civil Procedure before an officer authorized by law to administer oaths. Said examination will continue from day to day until completed.

The deponent is to bring the requested documents for examination and copying.

DEFENDANTS,
By their Attorney,

Michael J. Colucci, Esq. #3302
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**ATTORNEY CERTIFICATION/RIGHT TO CHALLENGE**

I, Michael J. Colucci, counsel for the defendants, pursuant to R.I.G.L. §5-37.3-6.1, as amended, hereby certify that:

(a) a copy of the within *subpoena duces tecum* was served upon all parties of record, and Dora S. Graca at his last known address, more than twenty (20) days prior to the date set for said deposition;

(b) counsel for said individuals have a right to challenge said subpoena prior to the date set for said deposition; and

(c) the patient has placed his/her medical condition at issue in the instant litigation by the making of certain statements on the night of and/or within 24 hours of the incident giving rise to said litigation.

[signature]

Michael J. Colucci, Esq. #3302

**CERTIFICATION**

I hereby certify that I forwarded a true copy of the within on 8.9.06 to:

Armando O. Monaco, II, Esq.
P.O. Box 311
East Greenwich, RI 02818

Ms. Dora S. Graca
341 Coggeshall Street
New Bedford, MA 02746

Allied Court Reporters
115 Phenix Avenue
Cranston, RI 02920

[signature]