# EXHIBIT 1

WITNESS STATEMENT

TIME: 3:10 p.m.

DATE: 07/07/2003

PLACE: TIVERTON POLICE DEPARTMENT

I, Nicholas A. Maltais, VOLUNTARILY, WITHOUT THREATS OR PROMISES, MAKE THE FOLLOWING STATEMENTS:

Q. WHAT IS YOUR NAME? A. Nicholas A. Maltais

Q. WHAT IS YOUR DATE OF BIRTH? A.

Q. WHAT IS YOUR PRESENT ADDRESS? A. 20 Industrial Way
Tiverton, RI 02878

Q. WHAT IS YOUR OCCUPATION? A. Police Officer

Q. WHAT IS YOUR TELEPHONE NUMBER? A. (401) 624-4770

Q. WHAT IS YOUR SOCIAL SECURITY NUMBER? A.

On July 3, 2003, at approximately 9:28 p.m., I was on patrol in the area of Main Rd. and Route #24. I received radio transmissions from Corporal William Munroe that he had observed a number of police cars on Route #24, in apparent pursuit of a vehicle. As I proceeded to the highway, Cpl. Munroe continued to transmit and requested that Tiverton Police Dispatch contact the Portsmouth Police as the vehicles involved were travelling on Route #24 South, approaching Main Rd., in Tiverton. Dispatch subsequently radioed that the pursuit involved New Bedford, Massachusetts Police Officers and occupant(s) in the suspect vehicle were involved in an armed robbery. It was later learned that this information had been received from the Massachusetts State Police.

I proceeded onto Evans Avenue, at which time Cpl. Munroe radioed that there was an accident on Route #24 South, at the Sakonnet River Bridge. I turned onto Central Avenue, from Evans Ave., activated my emergency lights, then proceeded up the Central Avenue on-ramp to Route #24 South. As I headed to the top of the ramp, I observed a white male subject with dark hair, early to mid 20's, wearing a dark colored shirt and white pants, walking eastbound down the "walkway" on the north side of the on-ramp. The subject had his hands in his pockets. As I reached the top of the on-ramp I observed that the southbound traffic was stopped. I noted that a vehicle had struck the guardrail on the north side of Route #24 South and I also observed another vehicle against the guardrail on the south side of Route #24 South. A uniformed police officer standing near the first vehicle then yelled to me "GET HIM! GET HIM! HE'S THE DRIVER!" pointing to the subject that was walking down the ramp.

I backed down the ramp, avoiding traffic that was coming up behind me. The subject turned, saw that I was coming down the on-ramp and began to run. I finally

stopped a short distance in front of the subject. The man had slowed to a walk and still had his hands in his pockets. I exited my patrol car and ordered the man to stop and take his hands out of his pockets as I thought that he may be in possession of a weapon from the information received. The subject continued towards my vehicle and began to look over the ramp. I yelled to the subject that he was under arrest and ordered him to stop and show me his hands. As I drew my service weapon and ran to the subject, the man jumped over the guardrail. I reached the guardrail and, with my flashlight, observed that the subject had jumped into a thickly wooded, steep sloping area which appeared to be behind residences on nearby Evans Avenue. I returned to my patrol car, radioed Dispatch of my status and drove onto Evans Ave. I ran to the wooded area and continued to yell, advising the subject to come out, that he was under arrest. I heard movement in the brush, but the subject failed to come out. I was soon joined by Tiverton Police Officer Dennis Medeiros and Officers from New Bedford, MA and Portsmouth, RI.

As Officers continued to search for the man I cleared the area and responded to the accident scene on the highway. I was met by New Bedford Police Det.-Sgt. Rich Netinho who advised that New Bedford Officers, including Ptlm. Andy Simmons, Greg Demerse and Paul Silva, had pursued a vehicle from New Bedford containing a female that had several warrants for her arrest. The Sergeant advised that the female, DORA S. GRACA, was taken into custody following the crash. It was agreed that Tiverton Police would charge Ms. Graca with being a Fugitive From Justice, based upon the outstanding warrants. I requested that copies of the warrants be faxed to the Tiverton Police Department.

I then met with Cpl. Munroe who advised that he was travelling northbound on Route #24, in the area of Eagleville Rd., when he observed police cars, with emergency lights activated, cross over the state line, from Fall River, MA into Tiverton. Cpl. Munroe advised that he crossed the median and attempted to catch up to the cars to determine what was transpiring, when he came upon the accident. It appeared that the suspect vehicle, a red 1992 Pontiac bearing Massachusetts Reg. # 4199VX, collided with another car then struck the guardrail on the north side of the highway and came to rest. The vehicle that was struck impacted with the guardrail on the south side of the highway. I also observed that a third vehicle, bearing New Hampshire registration, had also been involved in a collision and was presently at rest in the high speed lane of Route #24 North. I subsequently contacted Tiverton Police Dispatch and requested that the Bristol County Massachusetts Sheriff's Office be contacted for canine unit assistance with the male that had fled.

As we spoke, Rhode Island State Police Troopers Martin and Moriarty arrived on scene. It was determined that the RI State Police would investigate the accident and Tiverton Police would handle the arrests of the occupants of the suspect vehicle. Dora Graca was subsequently placed in the rear of Cpl. Munroe's patrol car and transported back to Tiverton Police Headquarters.

I also met with New Bedford Police Uniformed Sergeant Thomas F. Flood, who advised that he had been following the lead pursuing officers and stated that the lead officers had turned off their emergency lights upon entering Rhode Island.

A Deputy Sheriff from Bristol County arrived on the scene to assist.

A short time later I was advised that Officers had located the operator of the suspect vehicle. I returned to the Central Avenue on-ramp and met with

Newport Police Sergeant/Canine Officer David W. Steuer and Portsmouth Police Sergeant Steve Cofield. Sgt. Steuer had been summoned to the scene by Portsmouth PD. Sgt. Steuer advised that he had sent his canine, DRAGO, into the area where the suspect was believed to be and the subject was subsequently apprehended by Officers. I then took the man, identified as SHAUN P. SULLIVAN, into custody and placed him in the rear of my patrol car.

Officer Medeiros and I then cleared the area, at 11:42 p.m., and returned to Tiverton Police Headquarters. Upon arrival at the Station, I escorted Sullivan into the Department Booking Room. The subject was searched and his possessions removed from his person. Shaun Sullivan stated that he was "light headed" and thought that he was going to pass out as a result of the accident. I asked Sullivan if he wished to be checked out medically and he stated "Yes". I advised Shaun of his Rights and asked him if he wished to tell me about the incident. Shaun stated that he had "screwed up" and was sorry for what he had done. He then went on to say that he and Dora had been chased by the New Bedford Police into Rhode Island. Shaun stated that another subject, who he knew by the name of "TREY SEMPLE" was driving the car. I asked Shaun if "TREY" had been driving the car in Tiverton and he stated "No, he was driving in New Bedford. He jumped out of the car when we hit the first guardrail." Shaun stated that he had been sitting in the rear seat. He panicked, jumped into the driver seat and took off from the Police. They then came into Rhode Island and crashed.

I then responded to the cell block and spoke with Dora Graca. Dora also complained of pain and requested to be checked out. Tiverton Fire Department Rescue personnel were contacted and EMTs Reimels and Plocica subsequently arrived at the Station. Both Dora Graca and Shaun Sullivan were placed in the Tiverton Fire Department Rescue and transported to Newport Hospital at 11:54 p.m. Det. Michael Carr and Ptlm. Scott Beaulieu were assigned to the hospital detail. Both subjects were treated, released and transported back to Tiverton Police Headquarters later in the morning of July 4, 2003.

During the early morning hours of July 4, 2003 I prepared necessary court paperwork on both Graca and Sullivan. I also spoke with Trooper Phil Martin who advised that he had spoken with the occupants of the vehicle struck by Sullivan at Charlton Memorial Hospital in Fall River, MA. Both the female operator, MAUREEN E. McNAMARA, and her four (4) year old son had been injured, but the injuries were not life-threatening.

Shortly after 10:00 a.m., I again spoke with Dora Graca and asked ger if she was willing to speak with me concerning the pursuit and accident. She stated that she would talk with me. She was advised of her Rights and provided a formal statement concerning the matter (SEE STATEMENT OF DEFENDANT DORA S. GRACA). Graca was then transported to the Adult Correctional Institute to await further District Court proceedings on July 7, 2003 concerning the Fugitive charge.

______________________________
signature

statement taken by: ______________________________

# EXHIBIT 2

RIGHTS

TIME: 10:41 a.m. STATEMENT TAKEN BY: Sgt. Nicholas Maltais

DATE: July 4, 2003

OFFICE OF: Uniform Division

I, Dora S. Graca, HAVING BEEN INFORMED

THAT I AM A SUSPECT IN THE CRIME OF Fugitive From Justice

VOLUNTARILY, WITHOUT THREATS OR PROMISES ON THE PART OF THE POLICE, MAKE

THE FOLLOWING STATEMENT TO MEMBERS OF THE TIVERTON POLICE DEPARTMENT AFTER

HAVING BEEN ADVISED THAT:

1. I DO NOT HAVE TO GIVE A STATEMENT.
2. I HAVE THE RIGHT TO REMAIN SILENT
3. ANYTHING I SAY CAN AND WILL BE USED AGAINST ME IN A COURT OF LAW.
4. I HAVE THE RIGHT TO THE PRESENCE OF AN ATTORNEY PRIOR TO AND DURING ANY QUESTIONING BY THE POLICE.
5. I HAVE THE RIGHT TO THE PRESENCE OF AN ATTORNEY DURING A LINEUP OR OF WITNESSES, IF ANY LINEUP OR SUCH CONFRONTATION TAKES PLACE.
6. IF I CANNOT AFFORD AN ATTORNEY, ONE WILL BE APPOINTED FOR ME PRIOR TO ANY QUESTIONING, IF I SO DESIRE.

I FURTHER ADMIT AND AGREE THAT:

7. AFTER HAVING BEEN INFORMED OF MY CONSTITUTIONAL RIGHTS, I DO UNDERSTAND THESE RIGHTS, AND I AGREE TO GIVE A STATEMENT AT THIS TIME.
8. I DO NOT WANT AN ATTORNEY CALLED OR APPOINTED FOR ME AT THIS TIME.

WITNESSES: 1:

2:

SIGNATURE:

STATEMENT BY THE DEFENDANT

TIME: 10:45 a.m.

DATE: 07/04/2003

PLACE: Tiverton Police Department (Uniform Division)

I, Dora S. Graca, ,
VOLUNTARILY, WITHOUT THREATS OR PROMISES, MAKE THE FOLLOWING STATEMENTS HAVING BEEN ADVISED OF MY RIGHTS TO CONSULT WITH AN ATTORNEY; TO REFUSE TO MAKE A STATEMENT AND THAT THE STATEMENT I AM ABOUT TO MAKE CAN AND WILL BE USED IN A COURT OF LAW AGAINST ME AND IF I CANNOT AFFORD AN ATTORNEY ONE WILL BE PROVIDED FOR ME PRIOR TO QUESTIONING.

Q. WHAT IS YOUR NAME? A. Dora S. Graca

Q. WHAT IS YOUR PRESENT ADDRESS? A. 341 Coggeshall St.
New Bedford, MA 02746

Q. WHAT IS YOUR DATE OF BIRTH? A. 8/15/76

Q. WHAT IS YOUR TELEPHONE NUMBER? A. (508) 984-3488

Q. WHAT IS YOUR OCCUPATION? A. House cleaner

Q. WHAT IS YOUR SOCIAL SECURITY #? A. 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

Q. Dora, you are at the Tiverton Police Department this morning following your arrest yesterday evening for being a Fuigitive From Justice. You were taken into custody on Route #24 after being involved in a motor vehicle accident. What can you tell me of this matter?

A. This all started in New Bedford, MA last night. We were just leaving 341 Coggeshall St. It was about 9:15 p.m./9:20 p.m. We were in my boyfriend, Shaun Sullivan's car. Shaun and I have been together, on and off, for about ten (10) years. The car is registered to Shaun's ex-fiance, Shannon Fisher. Shaun does not have a license so another guy, "Trey Simple", was driving. I am not sure how to spell his name. I was sitting in the front passenger side and Shaun was sitting in the back. We were on Route #18 in New Bedford and there was a cop behind us. We drove most of the highway and nothing happened. We were well into the City (New Bedford) and the cop finally put the lights on. Trey decided to pull over. We stayed in the car for a while before the cop got out of his car. I remember the cop. I can tell you what he looked like. The minute the Officer got out of the car, Trey said "Hold on!" and off we went. I was yelling at him to stop. Shaun wanted him to stop, too. Although the car is registered to Shaun's ex-girlfriend, Shaun still owns it. We were all over the place. At some point Trey got on Route #195. Trey took this exit, it might have been in Fall River. We then struck a guardrail and the next thing I knew Trey was gone. He got out.

Q. Do you know how fast Trey was driving?

A. Oh, 100 miles an hour.

Q. What happened next?

A. The Police were still chasing us. I could see the lights. Shaun jumped into the driver seat. He was scared. I guess he panicked. He thought that the Police would go after Trey. Shaun drove off. I guess we were almost near Rhode Island. We were on a highway. The next thing I knew we hit this car. Our car started going all over the place, from one side of the highway to the other. The car finally hit the guardrail. I was thrown all around and was blocked in on the passenger side. I remember Shaun jumping out of the car and booking it. The car was smoking. I thought that it was going to blow up. I tried to get out of the driver side. A New Bedford cop was there and he grabbed me.

Q. Dora, just prior to Shaun hitting the car on the highway in Tiverton, do you know if the Police were still chasing you?

A. Yes. The police never stopped chasing us until our car crashed and I got arrested. The cop car was right behind us. The blue lights were on. The same guy that pulled us over in New Bedford was the same cop that grabbed me after our car stopped. He was stocky and bald. I never resisted arrest. The cop pulled me out of the car by both my hands and dragged me from where the car was to where his car was on pavement. He asked me who ran, but never read me my rights.

Q. Dora, do you have anything to add to this statement?

A. That is pretty much it that happened. I wish that it didn't happen.

Q. Do you swear that everything that you have told me is true?

A. Yes, I do.

______________________________
signature

statement taken by:______________________________

# EXHIBIT 3

02886@1824

NIXIE 029 1 02 08/12/06
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 02886182430 *2184-04562-12-34

530 GREENWICH AVENUE
WARWICK, RI 02886

UNITED STATES POSTAGE
PITNEY BOWES
02 1P $ 000.63⁰
0002652544 AUG 09 2006
MAILED FROM ZIP CODE 02886

(? Probe)

6/15/10
MJC?

Ms. Dora S. Graca
341 Coggeshall Street
New Bedford, MA 02746

0274681925 C006