MJC:mes 6615/10 \pleading\661510dismissal.wpd

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MAUREEN E. McNAMARA | : | |
| | : | |
| VS. | : | C.A. NO. 06-270ML |
| | : | |
| CITY OF NEW BEDFORD, NEW BEDFORD POLICE DEPARTMENT, PATROLMEN ANDY SIMMONS, GREG DEMERSE and PAUL SILVA | : | |

**DISMISSAL STIPULATION**

The plaintiff's claims are dismissed with prejudice, no interest, no costs, no fees.

/s/ Armando O. Monaco, II
Armando O. Monaco, II, Esq.
Attorney for Plaintiff
P.O. Box 311
E. Greenwich, RI 02818
PHONE: (401) 886-1160
FAX: (401) 886-1185

/s/ Michael J. Colucci
Michael J. Colucci, Esq. #3302
Attorney for Defendants
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499